CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Marshall Young (SBN 243328)
myoung@murtaughlaw.com
Mark L. Armstrong(SBN 302914)
marmstrong@murtaughlaw.com
MURTAUGH TREGLIA STERN & DEILY LLP
2603 Main Street, Penthouse
Irvine, California 92614-6232
Telephone: (949)794-4000
Facsimile: (949)794-4099
Attorney for Defendants Etown Inn, LLC and Royal
Viking Motel, LP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>ROYAL VIKING MOTEL, LP, a California Limited Partnership; ETOWN INN, LLC, a California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case: 2:18-CV-00524-FMO-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 22, 2019          CENTER FOR DISABILITY ACCESS

By: _ /s/ Chris Carson
　　　　Chris Carson
　　　　Attorneys for Plaintiff

Dated: January 22, 2019          MURTAUGH TREGLIA STERN & DEILY LLP

By:　　/s/ Mark L. Armstrong
　　　　Mark L. Armstrong
　　　　Marshall Young
　　　　Attorney for Defendants
　　　　Etown Inn, LLC and Royal Viking Motel, LP

2

Joint Stipulation for Dismissal                    Case: 2:18-CV-00524-FMO-AGR

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to Marl L. Armstrong, counsel for Etown Inn, LLC and Royal Viking Motel, LP, and that I have obtained Mr. Armstrong's authorization to affix his electronic signature to this document.

Dated: January 22, 2019          CENTER FOR DISABILITY ACCESS

                                 By:     /s/ Chris Carson
                                         Chris Carson
                                         Attorneys for Plaintiff

3

Joint Stipulation for Dismissal               Case: 2:18-CV-00524-FMO-AGR